# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00419-CMA-BNB

UNITED STATES OF AMERICA *ex rel.* THOMAS N. LUCAS, and
THOMAS N. LUCAS, individually,

    Plaintiffs,

v.

SCOTT PERRIMAN,
METRO NORTH NEWSPAPERS, INC., a Colorado Corporation, and
JACKALOPE PUBLISHING, INC., d/b/a MILE HIGH NEWSPAPERS, a Colorado Corporation,

    Defendants.

## ORDER

The Court finds that the United States of America, having partial intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), HEREBY:

ORDERS that the Relator's *qui tam* complaint, the United States's Notice of Election to Partially Intervene for the Purposes of Settlement, and this Order are no longer restricted documents;

ORDERS that all other contents of the docket in this civil action are to remain restricted at a "Level 2 Restriction" and shall not be made public or served upon Defendants; and

ORDERS that the restriction on access be lifted on all matters occurring in this civil action after the date of this Order.

IT IS SO ORDERED.

Dated this 17 day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE