IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-00419-CMA-BNB

UNITED STATES OF AMERICA ex rel.,
THOMAS N. LUCAS, and
THOMAS N. LUCAS, individually,

    Plaintiffs,

v.

SCOTT PERRIMAN,
METRO NORTH NEWSPAPERS, INC., a Colorado corporation, and
JACKALOPE PUBLISHING, INC. d/b/a MILE HIGH NEWSPAPERS,
    a Colorado corporation,

    Defendants.

---

**ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANTS METRO NORTH NEWSPAPERS, INC. AND JACKALOPE PUBLISHING DUE TO SETTLEMENT
(RESTRICTION LEVEL 2)**

---

The United States of America (United States) and Relator Thomas Lucas (Lucas) hereby jointly seek dismissal of Defendants Metro North Newspapers, Inc. and Jackalope Publishing (hereafter "the Newspapers") from the above-captioned action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1), and subject to and in accordance with the terms of the Settlement Agreement entered into on September 28, 2012, by and between the United States, Lucas, and the Newspapers. The United States and Lucas move for dismissal of this action subject to the terms

and conditions of the Settlement Agreement as to the Newspapers: (a) with prejudice as to the Relator; (b) with prejudice as to the United States insofar as the civil action alleges that from 2006 through 2011, the Northglenn-Thornton Sentinel and the Westminister Window were improperly mailed using the periodical mailing rate because more than 50 percent of their distribution was to non-paying recipients, and that from 2009 through 2011, the Wheat Ridge Transcript newspapers were improperly mailed using the periodical mailing rate because more than 50 percent of its distribution was to non-paying recipients, when these newspapers should have been using a higher postal rate; and (c) otherwise without prejudice to the United States to the extent that the action includes any other claims. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

ORDERED that the Joint Stipulation of Voluntary Dismissal of Defendants Metro North Newspapers, Inc. And Jackalope Publishing Due to Settlement [17] is granted.

FURTHER ORDERED that all claims in this action against Defendants Metro North Newspapers, Inc. and Jackalope Publishing be dismissed with prejudice, subject to the terms and conditions of the Settlement Agreement, as to Relator Thomas Lucas;

FURTHER ORDERED that all claims in this action against Metro North Newspapers, Inc. and Jackalope Publishing be and hereby are dismissed with prejudice as to the United States, subject to the terms and conditions of the Settlement Agreement between the parties .

FURTHER ORDERED Any other claims in this action against Metro North Newspapers, Inc. and Jackalope Publishing be and hereby are dismissed without prejudice to the United States.

DATED this 18th day of October, 2012.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge