IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-00419-CMA-BNB

UNITED STATES OF AMERICA ex rel.,
THOMAS N. LUCAS, and
THOMAS N. LUCAS, individually,

    Plaintiffs,

v.

SCOTT PERRIMAN,
METRO NORTH NEWSPAPERS, INC., a Colorado corporation, and
JACKALOPE PUBLISHING, INC. d/b/a MILE HIGH NEWSPAPERS,
   a Colorado corporation,

    Defendants.

## ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL OF PARTY AND ORDER DISMISSING CASE

This matter is before the Court on Relator's Motion for Voluntarily Dismissal as to Defendant Scott Perriman (Doc. # 21). The United States having issued written consent to the same, and the Court being fully advised, it is hereby

ORDERED that all claims in the above-captioned matter against Defendant Scott Perriman, and/or the Estate of Scott Perriman, are hereby DISMISSED WITH-OUT PREJUDICE as to both Relator and the United States.

Defendants Metro North Newspapers, Inc. And Jackalope Publishing, Inc. having been dismissed pursuant to this Court's Order (Doc. # 17) filed October 15, 2012, it is

FURTHER ORDERED that this case in its entirety is DISMISSED WITH PREJUDICE.

DATED: October __30__, 2012

BY THE COURT:

_Christine M. Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Judge