IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-00419-CMA-BNB

UNITED STATES OF AMERICA ex rel.,
THOMAS N. LUCAS, and
THOMAS N. LUCAS, individually,

      Plaintiffs,

v.

SCOTT PERRIMAN,
METRO NORTH NEWSPAPERS, INC., a Colorado corporation, and
JACKALOPE PUBLISHING, INC. d/b/a MILE HIGH NEWSPAPERS,
   a Colorado corporation,

      Defendants.

---

## ORDER UNRESTRICTING CASE

---

The Court having reviewed the United States' Motion to Unrestrict Case in the

above-captioned *qui tam* case (Doc. # 25), and finding good cause therefore, hereby

ORDERS that the Clerk of the Court is directed to unrestrict this case.  It is

FURTHER ORDERED that Doc. ## 2-13 shall remain at a "Level 2" restriction,

in accordance with the Court's prior Order (Doc. # 18), dated October 17, 2012.

      DATED:  November __20__, 2012

                            BY THE COURT:

                            _____
                            CHRISTINE M. ARGUELLO
                            United States District Judge