**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00419-CMA-BNB

UNITED STATES OF AMERICA ex rel.,
THOMAS N. LUCAS, and
THOMAS N. LUCAS, individually,

    Plaintiffs,

v.

SCOTT PERRIMAN,
METRO NORTH NEWSPAPERS, INC., a Colorado corporation, and
JACKALOPE PUBLISHING, INC. d/b/a MILE HIGH NEWSPAPERS,
   a Colorado corporation,

    Defendants.

## ORDER UNRESTRICTING CASE

The Court having reviewed the United States' Motion to Unrestrict Case in the above-captioned *qui tam* case (Doc. # 25), and finding good cause therefore, hereby ORDERS that the Clerk of the Court is directed to unrestrict this case. It is

FURTHER ORDERED that Doc. ## 2-13 shall remain at a "Level 2" restriction, in accordance with the Court's prior Order (Doc. # 18), dated October 17, 2012.

    DATED: November   20  , 2012

                                 BY THE COURT:

                                 */s/ Christine M. Arguello*
                                 CHRISTINE M. ARGUELLO
                                 United States District Judge